UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

MARIO MARTINEZ,
                    Plaintiff,

        v.

VENABLES-BELL & PARTNERS LLC, et al.,
                    Defendants.

No. C 10-3981 SBA

**ORDER RE: ATTENDANCE**

Date:          April 15, 2011
Mediator:   Margaret Corrigan

IT IS HEREBY ORDERED that the request for defendant United Health Group's representative to attend telephonically the April 15, 2011, mediation before Margaret Corrigan is GRANTED.  The representative shall be available to participate telephonically in the mediation at all times in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.


April 7, 2011                                    By:      _Elizabeth D. Laporte_

Dated                                                          Elizabeth D. Laporte
                                                          United States Magistrate Judge