UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTINEZ, | ) | No. C10-03981 SBA |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING ACTION |
| vs. | ) | |
| | ) | |
| VENABLES - BELL & PARTNERS | ) | |
| LLC WELFARE BENEFITS PLAN | ) | |
| ET AL, | ) | |
| | ) | |
| Defendant. | ) | |

_____

        The Court having been notified of the settlement of

this action, and it appearing that no issue remains for the

Court's determination,

        IT IS HEREBY ORDERED THAT this action and all claims

asserted herein are DISMISSED.


        IT IS SO ORDERED.

DATED: 5/13/11

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge